# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Gregory Curry,

      Petitioner,

            v.                                Case No.  1:10cv247

Warden, Ohio State Penitentiary,            Judge Michael R. Barrett

      Respondent.

## <u>ORDER</u>

      This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 4, 2011 (Doc. 17).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

      Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

      Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   Respondent's Motion to Dismiss (Doc. 14) is GRANTED and this matter is dismissed with prejudice.

      A certificate of appealability will not issue consistent with the Opinion of the Magistrate Judge pursuant to *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000); and application by petitioner to proceed on appeal in *forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith," and therefore **DENIES** petitioner

leave to appeal in *forma pauperis* upon a showing of financial necessity.  *See* Fed. R. App.

P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

       **IT IS SO ORDERED.**


                                            *S/Michael R. Barrett*
                                         Michael R. Barrett
                                         United States District Judge